**Exhibit A to the Complaint**

**Location:** New York, NY
**Total Works Infringed:** 27

**IP Address:** 173.56.227.220
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7EC37E4B0483F4F74423BAB63A8921EC78740F00 | 09/23/2026 22:01:29 | Tushy | 08/08/2021 | 09/08/2021 | PA0002316099 |
| 2 | BFC7CAD0315EFCFE61C34B29DED25E822A2D1BFF | 09/24/2026 13:13:56 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 3 | 77165309DDAD6C5017B45388ED441584A420BEA3 | 09/23/2026 21:14:01 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 4 | A011B9289145DA1C21100D1FA8913F13781A346B | 09/23/2026 20:35:34 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 5 | C7D8F29CFF443FF6C87B941BA9E40611662A90C8 | 09/23/2026 19:43:03 | Tushy | 07/11/2021 | 09/21/2021 | PA0002312668 |
| 6 | 25729F22641FDCAA763A2C1C205A61723E58CF8D | 09/23/2026 18:17:56 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 7 | 9AED8B111D59D06F9CAEDECECF7BD59D1A7ED7EA | 09/23/2026 18:13:45 | Blacked | 04/24/2021 | 04/27/2021 | PA0002288981 |
| 8 | 216D171722540CF3682A88911B671BCE6BA4BE80 | 08/01/2026 02:11:10 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 9 | 4B4210406EAF49368B50EFEC5D53B5730F5AC8E6 | 07/26/2026 15:17:23 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 10 | 63076429E79D28050C25757CA6DE55E32F6C6D36 | 07/26/2026 06:14:03 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 11 | FAC7ED92674C9847B2CA8382B49A3860FFD4DB08 | 07/24/2026 03:46:03 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 12 | EE33EA63F8B0DBCAB9CF9B4A87FB4B5D715E43EA | 07/24/2026 03:44:13 | Blacked | 12/09/2025 | 01/02/2026 | PA0002558880 |
| 13 | E5ED14AA9EB4AFD24375B4C9B7883C9B571B40FE | 07/24/2026 03:42:23 | Blacked | 02/22/2026 | 03/09/2026 | PA0002572171 |
| 14 | D6A4F8EF7117C7D0CDCE0AF567BD60D353F1002C | 07/24/2026 03:40:23 | Blacked | 12/19/2025 | 01/02/2026 | PA0002558855 |
| 15 | 44C2A4A09D9E29DFE5ACAD0C1DE08775A5162778 | 07/24/2026 03:36:33 | Blacked | 12/04/2025 | 12/09/2025 | PA0002556458 |
| 16 | 5B59C117AEBE3F0EECAAEFAF755000AAED02FEC0 | 07/24/2026 03:35:13 | Blacked | 02/27/2025 | 03/25/2025 | PA0002521748 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 27947AF3A9014F7C75E09D8C2001216E034D83D4 | 07/24/2026 03:34:53 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 18 | 466040E6B68BCBFB3957E45D84F8E5E6789EF803 | 07/23/2026 03:19:38 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 19 | 63B361FD44E30B188D651D7FEA1E08DD74967C73 | 07/22/2026 03:32:47 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 20 | 8E171D4F294EF377170211DBB56A204663AC8E9C | 07/16/2026 00:37:25 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 21 | 3B876C41BEBD20D1CFB20C048F780E3ECB4F48B1 | 07/16/2026 00:22:06 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 22 | 5143001E64B720F5AC774760031A3DF4EA4BAA9B | 07/15/2026 09:57:48 | Blacked | 09/04/2021 | 09/21/2021 | PA0002312679 |
| 23 | 22478C1454D491C0C05C6CB46086C4E4CC0D5635 | 07/15/2026 06:34:29 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 24 | 2216AD69D5A3D13CC05084A5E269289BF59DB0BC | 07/15/2026 03:11:24 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 25 | AA08C132036816C89F72D5A9AB1492FCC6B3C9E8 | 07/15/2026 00:39:28 | Blacked | 04/13/2025 | 04/22/2025 | PA0002527054 |
| 26 | A32CF901917DD64004C7E0617520E015A1E16EC2 | 07/15/2026 00:35:02 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 27 | 34E523B6E9E47BA0C46CD61AE69F8642495FF64D | 07/12/2026 11:01:04 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |